[No. 8437-6-II. Division Two. March 6, 1987.]

*In the Matter of the Marriage of* ELEANOR M. CANSDALE, *Respondent, and* ROBERT C. CANSDALE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-3-00790-6, William L. Brown, Jr., J., entered December 21, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 17272-7-I. Division One. March 9, 1987.]

INEKE ROUW, *Respondent,* v. MARINUS JOHN ROUW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 82-2-00013-5, Walter J. Deierlein, Jr., J., entered June 15, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 15439-7-I. Division One. March 9, 1987.]

MATT VODANOVICH III, *Appellant,* v. PACIFIC FISHERMEN, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-00746-6, Frank D. Howard, J., entered September 19, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Swanson, J.